**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Orlando BAEZ, Appellee.**

### ORDER

### ORDER

PER CURIAM.

AND NOW, this 20th day of June, 2005, this court accepts jurisdiction over this matter under the collateral order doctrine. *Commonwealth v. Dennis*, 580 Pa. 95, 859 A.2d 1270 (2004). Further, the order of the Court of Common Pleas of Lancaster County is VACATED. *Commonwealth v. Williams*, 557 Pa. 207, 732 A.2d 1167 (1999). Jurisdiction relinquished.

Justice EAKIN did not participate in this matter.

Justice NIGRO dissents.